UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMMAD NASIM MIRANI,

    Petitioner,

    vs.

PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; LAURA HERMOSILLO, Acting Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement,

    Respondents.

No. 2:26-cv-00623-JNW

**ORDER FOR APPOINTMENT OF COUNSEL**

THE COURT has considered Petitioner Mohammad Nasim Mirani's motion for appointment of counsel.

IT IS ORDERED that Assistant Federal Public Defender Dennis Carroll is appointed to represent Petitioner Mirani.

DATED this 24th day of February 2026.

_____
UNITED STATES JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender

ORDER FOR APPOINTMENT OF COUNSEL
(*Mirani v. Bondi, et al.*)- 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**